UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b).**
Kevin G. McDonald, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for AAIA RML, LLC

Case No: 18-30995 JKS

In Re:
Sergio Quinde

Chapter: 13

Judge: John K. Sherwood

Debtor

**NOTICE OF APPEARANCE**

    Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of AAIA RML, LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.


Date: 02/04/2019                                **/s/ Kevin G. McDonald, Esquire**
                                                Kevin G. McDonald, Esquire
                                                Brian C. Nicholas, Esquire
                                                **KML Law Group, P.C.**
                                                216 Haddon Avenue, Ste. 406
                                                Westmont, NJ 08108
                                                (609) 250-0700 (NJ)
                                                (215) 627-1322 (PA)
                                                FAX: (609) 385-2214
                                                Attorney for Movant/Applicant

*new 8/1/15*