JOSE R. TORRES
LAW OFFICE OF JOSE R. TORRES
129 PROSPECT STREET
PASSAIC, NJ 07055

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-30995

Re:  SERGIO QUINDE  
516 40TH STREET  
UNION CITY, NJ 07087

Atty:  JOSE R. TORRES  
LAW OFFICE OF JOSE R. TORRES  
129 PROSPECT STREET  
PASSAIC, NJ 07055

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $150,000.00**

## RECEIPTS AS OF 01/15/2020 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $500.00 | 25282380003 | 11/05/2018 | $1,000.00 | 25282379992 |
| 11/05/2018 | $1,000.00 | 25282379981 | 12/03/2018 | $2,500.00 | 5436828000 |
| 01/02/2019 | $2,500.00 | 5509753000 | 01/31/2019 | $2,500.00 | 5581893000 |
| 02/28/2019 | $2,500.00 | 5658205000 | 04/01/2019 | $2,500.00 | 5744801000 |
| 05/01/2019 | $2,500.00 | 5823783000 | 06/03/2019 | $2,500.00 | 5901670000 |
| 07/01/2019 | $2,500.00 | 5981674000 | 08/01/2019 | $2,500.00 | 6055936000 |
| 09/03/2019 | $2,500.00 | 6138986000 | 10/01/2019 | $2,500.00 | 6214960000 |
| 10/31/2019 | $2,500.00 | 6289750000 | 12/02/2019 | $2,500.00 | 6369893000 |
| 01/02/2020 | $2,500.00 | 6444514000 | | | |

**Total Receipts: $37,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $37,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BAYVIEW LOAN SERVICING | | | | | | |
| | 04/15/2019 | $116.44 | 823,390 | 05/20/2019 | $109.74 | 825,365 |
| | 06/17/2019 | $111.72 | 827,398 | 07/15/2019 | $111.72 | 829,247 |
| | 08/19/2019 | $111.72 | 831,200 | 09/16/2019 | $111.72 | 833,231 |
| | 10/21/2019 | $114.63 | 835,236 | 11/18/2019 | $110.32 | 837,326 |
| | 12/16/2019 | $110.33 | 839,267 | 01/13/2020 | $110.32 | 841,144 |
| BAYVIEW LOAN SERVICING LLC | | | | | | |
| | 02/11/2019 | $201.44 | 818,932 | 03/18/2019 | $109.87 | 820,862 |
| RUSHMORE LOAN MANAGEMENT SERVICES | | | | | | |
| | 02/11/2019 | $3,857.28 | 820,034 | 03/18/2019 | $2,103.77 | 822,012 |
| | 04/15/2019 | $2,229.62 | 824,038 | 05/20/2019 | $2,101.38 | 826,056 |
| | 06/17/2019 | $2,139.26 | 828,010 | 07/15/2019 | $2,139.26 | 829,877 |
| | 08/19/2019 | $2,139.26 | 831,892 | 09/16/2019 | $2,139.26 | 833,884 |
| | 10/21/2019 | $2,194.97 | 835,934 | 11/18/2019 | $2,112.52 | 837,990 |
| | 12/16/2019 | $2,112.53 | 839,873 | 01/13/2020 | $2,112.52 | 841,765 |

**Chapter 13 Case # 18-30995**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 04/15/2019 | $155.31 | 822,840 | | 05/20/2019 | $146.38 | 824,807 |
| | 06/17/2019 | $149.02 | 826,876 | | 07/15/2019 | $149.02 | 828,738 |
| | 08/19/2019 | $149.02 | 830,614 | | 09/16/2019 | $149.02 | 832,692 |
| | 10/21/2019 | $152.90 | 834,656 | | 11/18/2019 | $147.15 | 836,774 |
| | 12/16/2019 | $147.15 | 838,716 | | 01/13/2020 | $147.15 | 840,600 |
| Wells Fargo Bank, N.A | | | | | | | |
| | 02/11/2019 | $263.78 | 820,538 | | 03/18/2019 | $143.87 | 822,577 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,812.49 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BAYVIEW LOAN SERVICING | MORTGAGE ARRE | 6,212.58 | 100.00% | 1,429.97 | |
| 0002 | CITIBANKNA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BERGENLINE XRAY DIAGNOSTIC CENTE | UNSECURED | 168.31 | * | 0.00 | |
| 0004 | KOHLS/CAP1 | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARRE | 118,959.97 | 100.00% | 27,381.63 | |
| 0006 | ECMC | UNSECURED | 5,567.42 | * | 0.00 | |
| 0008 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 8,135.08 | 100.00% | 1,755.90 | |
| 0009 | WELSHMQTY | UNSECURED | 0.00 | * | 0.00 | |

Total Paid:  $35,129.99
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $37,500.00    -    Paid to Claims: $30,567.50    -    Admin Costs Paid: $4,562.49    =    Funds on Hand: $2,370.01

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.