Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30995−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sergio Quinde
   516 40th Street
   Union City, NJ 07087

Social Security No.:
   xxx−xx−0666

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/13/20 at 10:00 AM

to consider and act upon the following:

*40* − Motion to Approve Loan Modification with Rushmore Loan Services LLC Filed by Jose R. Torres on behalf of Sergio Quinde. Objection deadline is 07/8/2020. (Torres, Jose)

*42* − Limited Objection to Debtor(s) Motion to Approve Loan Modification (related document:40 Motion to Approve Loan Modification with Rushmore Loan Services LLC Filed by Jose R. Torres on behalf of Sergio Quinde. Objection deadline is 07/8/2020. filed by Debtor Sergio Quinde) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/8/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court