Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30995−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sergio Quinde
   516 40th Street
   Union City, NJ 07087

Social Security No.:
   xxx−xx−0666

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/13/20 at 10:00 AM

to consider and act upon the following:

*40* − Motion to Approve Loan Modification with Rushmore Loan Services LLC Filed by Jose R. Torres on behalf of Sergio Quinde. Objection deadline is 07/8/2020. (Torres, Jose)

*42* − Limited Objection to Debtor(s) Motion to Approve Loan Modification (related document:40 Motion to Approve Loan Modification with Rushmore Loan Services LLC Filed by Jose R. Torres on behalf of Sergio Quinde. Objection deadline is 07/8/2020. filed by Debtor Sergio Quinde) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/8/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Sergio Quinde  
    Debtor

Case No. 18-30995-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Jul 08, 2020  
                   Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.  
db            +Sergio Quinde,    516 40th Street,    Union City, NJ 07087-2603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:

         Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    Athene Annuity and Life Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    AAIA RML, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francis T. Tarlecki    on behalf of Creditor    Metropolitan Life Insurance Company Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
         Jose R. Torres    on behalf of Debtor Sergio Quinde jrt@torreslegal.com, 3754@notices.nextchapterbk.com  
         Kevin Gordon McDonald    on behalf of Creditor    AAIA RML, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Lauren Moyer    on behalf of Creditor    Bayview Loan Servicing, LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Marisa Myers Cohen    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com  
         Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Robert P. Saltzman    on behalf of Creditor    UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee of LMAT Legal Title Trust 2014-RP L1 c/o Rushmore Loan Management Services dnj@pbslaw.org  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                           TOTAL: 13