Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−30995−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sergio Quinde
   516 40th Street
   Union City, NJ 07087

Social Security No.:
   xxx−xx−0666

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/24/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 24, 2021
JAN: zlh

                                                                             Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 18-30995-JKS
Sergio Quinde                                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                           User: admin                                          Page 1 of 3
Date Rcvd: Mar 24, 2021                           Form ID: 148                           Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sergio Quinde, 516 40th Street, Union City, NJ 07087-7895 |
| cr | + | MTGLQ Investors, LP c/o Rushmore Loan Management S, P.O. Box 55004, Irvine, CA 92619-5004 |
| cr | | UMB Bank, National Association, not in its individ, 15480 Laguna Canyon Road, Suite 100, irvine, CA 92618-2132 |
| cr | + | WELLS FARGO BANK, N.A., PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518145413 | | AAIA RML, LLC, c/o Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 518145414 | + | AAIA RML, LLC, c/o Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450 AAIA RML, LLC 84165-0450 |
| 517942966 | + | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th floor, Attn: Cashiering Dept, Coral Gables, FL 33146-1873 |
| 517828532 | + | Bayviewlsv, 2601 S Bayshore Dr 4th Fl, Miami, FL 33133-5413 |
| 517828533 | + | Citibankna, 143 Sparks Ave, Pelham, NY 10803-1856 |
| 518999193 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1873 |
| 518999194 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor Coral Gable, FL 33146-1873 |
| 517828534 | + | Gem Recovery Systems, 800 Kinderkamack Rd Ste, Oradell, NJ 07649-1534 |
| 517828536 | + | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 517828537 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 517889410 | + | UMB Bank National Association, trustee for, LMAT Legal Title Trust 2014-RP L1 c/o, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 517828539 | + | Welshmqty, 4455 Arrowswest Drive, Colorado Springs, CO 80907-3445 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2021 23:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2021 23:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Mar 25 2021 00:28:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517942966 | + | EDI: LCIBAYLN | Mar 25 2021 00:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th floor, Attn: Cashiering Dept, Coral Gables, FL 33146-1873 |
| 518999194 | + | EDI: LCIBAYLN | Mar 25 2021 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1873 |
| 518999193 | + | EDI: LCIBAYLN | Mar 25 2021 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1873 |
| 517881924 | | EDI: ECMC.COM | Mar 25 2021 00:38:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

| | | | | |
|---|---|---|---|---|
| 517828538 | EDI: WFFC.COM | | Mar 25 2021 00:38:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517943643 | EDI: WFFC.COM | | Mar 25 2021 00:38:00 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517828535 | | Kohls/Cap1 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Athene Annuity and Life Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor AAIA RML LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis T. Tarlecki | on behalf of Creditor Metropolitan Life Insurance Company Njecfmail@mwc-law.com ftarlecki.kashlaw@gmail.com |
| Jose R. Torres | on behalf of Debtor Sergio Quinde jrt@torreslegal.com 3754@notices.nextchapterbk.com |
| Kevin Gordon McDonald | on behalf of Creditor AAIA RML LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Bayview Loan Servicing LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 24, 2021 | Form ID: 148 | Total Noticed: 22 |

Robert P. Saltzman
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee of LMAT Legal Title Trust 2014-RP L1 c/o Rushmore Loan Management Services dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13